AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 05-CV-544

Matondo Wa Matondo Aime

v.

Department of Homeland Security

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the petition is dismissed without prejudice to it being re-filed in the Second Circuit Court of Appeals.  The stay of removal is denied without prejudice to it being re-filed in the Second Circuit Court of Appeals.  Further, leave to appeal as a poor person is denied.


Date: 8/16/05                                              RODNEY C. EARLY, CLERK


                                                           By:    s/Deborah M. Zeeb
                                                                  Deputy Clerk